# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PATRICE NORWOOD**                                                               **PLAINTIFF**

**vs.**                                   **CIVIL ACTION No.: 3:18-CV-302-HTW-LRA**

**ADVANCED RECOVERY SYSTEMS, INC., and**
**SIMPSON LAW FIRM, P.A.**                                           **DEFENDANTS**

## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a settlement of this case, and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed as to all parties. If any party fails to consummate this settlement by December 1, 2018, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The parties shall submit to the Court a final order of dismissal no later than December 1, 2018.

**SO ORDERED AND ADJUDGED this the 29th day of October, 2018.**

                                           **s/ HENRY T. WINGATE**
                                           **UNITED STATES DISTRICT COURT JUDGE**